IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MALIK AKBAR'EL**                                                                **PLAINTIFF**

v.                           **CASE NO. 4:18-CV-00322 BSM**

**J CAMPBELL MCLAURIN, III, et al.**                                  **DEFENDANTS**

## ORDER

Plaintiff Malik Akbar'El's motion for leave to proceed *in forma pauperis* [Doc. No. 1] is denied because he has not properly filled out his application. Within thirty days of the entry of this order, he is directed to submit another application that is complete, including the amount he receives in the form of social security income.

IT IS SO ORDERED this 23rd day of May 2018.

_____
UNITED STATES DISTRICT JUDGE