5/30/18
Malik Akbar'El
1821 Simpson St
Little Rock, AR 72206

*[signature: Malik Akbar'El]*

4:18cv322-BSM

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 30 2018

JAMES W. McCORMACK, CLERK
By: *[signature]* DEP CLERK