IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MALIK AKBAR'EL**                                                                                **PLAINTIFF**

**v.**                  **CASE NO. 4:18-CV-00322 BSM**

**J CAMPBELL MCLAURIN, III, et al.**                                **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed without prejudice.

IT IS SO ORDERED this 19th day of June 2018.

                                                            _____
                                                            UNITED STATES DISTRICT JUDGE